MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
6140 STONERIDGE MALL RD. SUITE 250
PLEASANTON, CA 94588
Telephone: (925) 621-1900
Fax: (925) 621-1901

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: DAVID DAE HYONG HONG | Case No. 10-47096 WJL 13 |
| EUN CHOOL HONG | **NOTICE OF UNCLAIMED DIVIDENDS** |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $ 1,199.73 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 10-47096 WJL 13 | STEVEN A BOOSKA ATTY<br>25 KERNY ST #500<br>SAN FRANCISCO, CA 94108 | $ 7,672.47 | $ 1,199.73 |

Total Unclaimed Dividends          $ 1,199.73
Dated: June 29, 2015

_____
/s/ Martha G. Bronitsky, Chapter 13 Trustee